KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6960

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OLANDRIA WILLIAMS, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | No.: CR 3 05 70660 BZ <br><br> PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT AND WAIVING TIME UNDER THE SPEEDY TRIAL ACT AND FRCP 5.1 FOR THE PERIOD NOVEMBER 14, 2005 TO DECEMBER 12, 2005 |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. On October 19, 2005, the government provided nearly 500 pages of discovery to undersigned defense counsel.

   2. The parties appeared for the preliminary hearing or arraignment on November 14, 2005 before United States Magistrate Judge Nandor J. Vadas.  At that time, the parties stated that they are working toward a prompt resolution of this matter.  Defense counsel indicated that he continues to review discovery and counsel for the government indicated that she will be out of the district during the last week of November.  Accordingly, the parties requested that the matter be continued until December 12, 2005 at 9:30 before the duty magistrate judge, and the parties requested, and Judge Vadas ordered, that this time period be excluded from the calculation of

STIPULATION AND PROPOSED ORDER
NO. 3 05 70660 BZ

1  time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 for good cause and
2  based upon effective preparation of counsel.
3      3. In light of the foregoing facts, the failure to grant the requested exclusion would
4  unreasonably deny counsel for the defense the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence, and would deny the Government
6  continuity of counsel. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be
7  served by the Court excluding the proposed time period. These ends outweigh the best interest of
8  the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A). In addition, the
9  Defendant consents and there is good cause to extend time under Rule 5.1.
10     4. For the reasons stated, the time period from November 14, 2005 until December 12, 2005
11 shall be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of
12 Criminal Procedure 5.1.
13     SO STIPULATED.
14                                         Respectfully Submitted,

15
16 DATED: 11/16/05
                                            _____
17                                          MICHELLE MORGAN-KELLY
                                            Assistant United States Attorney

18
19 DATED:
                                            _____
20                                          EDWARD SWANSON
                                            Attorney for Defendant Olandria Williams

21
22 PURSUANT TO STIPULATION, IT IS SO ORDERED.

23
24 DATED:
                                            _____
                                            HON. NANDOR J. VADAS
25                                          United States Magistrate Judge

26
27
28 STIPULATION AND PROPOSED ORDER
   NO. 3 05 70660 BZ                          2

1  time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 for good cause and
2  based upon effective preparation of counsel.
3     3. In light of the foregoing facts, the failure to grant the requested exclusion would
4  unreasonably deny counsel for the defense the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence, and would deny the Government
6  continuity of counsel. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be
7  served by the Court excluding the proposed time period. These ends outweigh the best interest of
8  the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A). In addition, the
9  Defendant consents and there is good cause to extend time under Rule 5.1.
10    4. For the reasons stated, the time period from November 14, 2005 until December 12, 2005
11 shall be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of
12 Criminal Procedure 5.1.
13    SO STIPULATED.

                                    Respectfully Submitted,

DATED:

                                    MICHELLE MORGAN-KELLY
                                    Assistant United States Attorney

DATED: 11/17/05

                                    EDWARD SWANSON
                                    Attorney for Defendant Olandria Williams

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:
       11/21/05                     HON. NANDOR J. VADAS
                                    United States Magistrate Judge

28 STIPULATION AND PROPOSED ORDER
   NO. 3 05 70660 BZ                    2