1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2  EUMI CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California 94102
      Telephone: (415) 436-6960
7     Fax: (415) 436-7234

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 05-00783 JSW
14                                  )
          Plaintiff,                )   PARTIES' STIPULATION AND
15                                  )   [PROPOSED] ORDER EXCLUDING
       v.                           )   TIME FROM DECEMBER 12, 2005
16                                  )   THROUGH JANUARY 5, 2006 UNDER
   OLANDRIA WILLIAMS,               )   THE SPEEDY TRIAL ACT
17                                  )
          Defendant.                )
18  _____  )

19  The parties stipulate and agree, and the Court finds and holds, as follows:

20      1. The parties appeared on the instant matter on December 12, 2005 before the Honorable

21  Elizabeth D. Laporte, United States Magistrate Judge, for an arraignment on the indictment.

22      2. At the December 12, 2005 appearance, the matter was put over for an initial appearance

23  before the Honorable Jeffrey S. White on January 5, 2006 at 2:30 p.m.  Counsel for the

24  defendant, Edward Swanson, indicated that the parties are in the process of conducting legal

25  research regarding certain issues in the case, and that he will be unavailable during the last week

26  of December.  Accordingly, the parties asked that the time from December 12, 2005 through

27  January 5, 2006 be excluded from the calculation of time under the Speedy Trial Act for effective

28  preparation of counsel and continuity of counsel.

1      3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

    4. For the reasons stated, the time period from December 12, 2005 through January 5, 2006 shall be excluded from the calculation of time under the Speedy Trial Act.

    SO STIPULATED.

DATED:    12/13/05                               KEVIN V. RYAN
                                                 United States Attorney


                                                 _____/s/_____
                                                 MICHELLE MORGAN-KELLY
                                                 Assistant United States Attorney


DATED:    12/15/05                               _____/s/_____
                                                 EDWARD SWANSON
                                                 Counsel for Defendant Olandria Williams

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 16, 2005



HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

GRANTED
Judge Elizabeth D. Laporte

STIPULATION AND ~~PROPOSED~~ ORDER
No. CR 05-00783 JSW