| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVSBN 0722)<br>Chief, Criminal Division |
| 4 | MICHELLE MORGAN-KELLY (DEBN 3651)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone:  (415) 436-6960 |
| 7 | Fax:  (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.   CR 05 00783 JSW |
|---|---|---|
| Plaintiff, | ) ) | ORDER AND STIPULATION FOR CONTINUANCE FROM JANUARY 5, 2006 THROUGH JANUARY 26, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) ) | |
| OLANDRIA WILLIAMS, | ) ) | |
| Defendant. | ) ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on January 26, 2006 at 2:30P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from January 5, 2006 through January 26, 2006.  The parties agree, and the Court finds and holds, as follows:

1. The parties appeared before the Court for a status hearing on this matter on January 5, 2006.  At that time, the parties indicated that they are working toward a resolution of this matter and are researching a legal issue relating to restitution.  Counsel for the government also indicated that she will be unavailable during the week of January 16, 2006 due to a trial before the Honorable Marilyn Hall Patel.

2. Accordingly, the parties requested that the matter be continued until January 26, 2006 for a status hearing and requested the exclusion of time under the Speedy Trial Act.

1      3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
2  3161(h)(8)(B)(iv) for continuity of government counsel and to provide reasonable time necessary
3  for effective preparation, taking into account the exercise of due diligence.

4      4. After a hearing on this matter on January 5, 2005, the Court finds that, taking into
5  account the public interest in the prompt disposition of criminal cases, the ends of justice served
6  by excluding the period from January 5, 2006 through January 26, 2006 outweigh the best
7  interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

8      5. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing
9  on January 26, 2006, at 2:30 P.M., and (2) orders that the period from January 5, 2006 through
10 January 26, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. §
11 3161(h)(8)(A) & (B)(iv).

12 IT IS SO STIPULATED:

13 DATED:     1/6/06                       /s/
14                                            EDWARD SWANSON
                                           Attorney for Defendant Olandria Williams

15
16 DATED:     1/6/06                       /s/
                                           MICHELLE MORGAN-KELLY
                                           Assistant United States Attorney

17
18 IT IS SO ORDERED.

19 DATED: January 6, 2006               /s/ Jeffrey S. White
20                                            THE HONORABLE JEFFREY S. WHITE
                                           United States District Court Judge