Edward W. Swanson SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for OLANDRIA WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR-05-00783 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND ~~[PROPOSED]~~ ORDER WAIVING DEFENDANT'S APPEARANCE FOR FEBRUARY 9, 2006 HEARING** |
| vs. | |
| OLANDRIA WILLIAMS, | |
| Defendant. | |

**STIPULATION**

Defendant Olandria Williams, by and through her counsel, Edward W. Swanson, on the one hand, and the United States, by and through its attorney, Kevin V. Ryan, United States Attorney, and Michelle Morgan-Kelly, Assistant United States Attorney, on the other hand, hereby stipulate and agree as follows:

1. The above-referenced matter is set for trial setting or change of plea on February 9, 2006, at 2:30 p.m. Although legal issues between the government and the defense have been resolved, the parties remain in the process of negotiating the terms of a plea agreement. The parties will request at the February 9, 2006 hearing that the Court grant additional time to finalize the terms of a plea agreement.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

2. Because Ms. Williams lives in Sacramento, and because her appearance for the hearing would interfere with her work schedule, the parties agree that Ms. Williams' appearance should be waived for the hearing on February 9, 2006.

IT IS SO STIPULATED.

Dated: February 8, 2006  /s/
Edward W. Swanson
Swanson & McNamara LLP
Counsel for Defendant

Dated:
Michelle Morgan-Kelly
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 9, 2006
The Honorable Jeffrey S. White
United States District Judge

2.  Because Ms. Williams lives in Sacramento, and because her appearance for the hearing would interfere with her work schedule, the parties agree that Ms. Williams' appearance should be waived for the hearing on February 9, 2006.

IT IS SO STIPULATED.

Dated: February 8, 2006

/s/
Edward W. Swanson
Swanson & McNamara LLP
Counsel for Defendant

Dated: 2/8/06

Michelle Morgan-Kelly
Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

The Honorable Jeffrey S. White
United States District Judge