1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-6960
7    Fax: (415) 436-7234

8  Attorneys for Plaintiff

9              UNITED STATES MAGISTRATE COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,        )    No.    CR 05 00783 JSW
                                    )
13        Plaintiff,                )    ORDER AND STIPULATION FOR
                                    )    CONTINUANCE FROM FEBRUARY 9,
14 v.                               )    2006 THROUGH FEBRUARY 23, 2006
                                    )    AND EXCLUDING TIME FROM THE
15 OLANDRIA WILLIAMS,               )    SPEEDY TRIAL ACT CALCULATION
                                    )    (18 U.S.C. § 3161(h)(8)(A))
16        Defendant.                )
                                    )
17 _____ )

18       With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order scheduling a trial setting hearing or change of plea on February 23, 2006 at 2:30P.M.

20 and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from

21 February 9, 2006 through February 23, 2006.  The parties agree, and the Court finds and holds, as

22 follows:

23       1.  The parties appeared before the Court for a status hearing on this matter on February

24 9, 2006.  At that time, the parties indicated that, they have resolved a legal issue regarding

25 restitution, the government has provided the defendant with a draft plea agreement, and that they

26 anticipate resolving the case shortly.

27       2.  Accordingly, the parties requested that the matter be continued until February 23, 2006

28 for a trial setting hearing or change of plea, and requested the exclusion of time under the Speedy

Trial Act.

3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. After a hearing on this matter on February 9, 2005, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from February 9, 2006 through February 23, 2006 outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a hearing on February 23, 2006, at 2:30 P.M., and (2) orders that the period from February 9, 2006 through February 23, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: 2/17/06                    _____/s/_____
                                 EDWARD SWANSON
                                 Attorney for Defendant Olandria Williams


DATED: 2/9/06                    _____/s/_____
                                 MICHELLE MORGAN-KELLY
                                 Assistant United States Attorney


IT IS SO ORDERED.

DATED: _February 17, 2006_       _____
                                 THE HONORABLE JEFFREY S. WHITE
                                 United States District Court Judge

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned certifies that she caused copies of

**ORDER AND STIPULATION FOR CONTINUANCE FROM FEBRUARY 9, 2006 THROUGH FEBRUARY 23, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. SECTION 3161(h)(8)(A))**

in the case of  **UNITED STATES V. OLANDRIA WILLIAMS, CR 05-00783 JSW** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Edward Swanson
Swanson & McNamara, LLP
300 Montgomery Street, Suite 1100
San Francisco, California  94104
Fax No: 415-477-9010**

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____(By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 9, 2006

_____
/s/
RAWATY YIM
United States Attorney's Office