Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for OLANDRIA WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>OLANDRIA WILLIAMS,<br><br>            Defendant. | Case No. CR-05-00783 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |

**STIPULATION**

Defendant Olandria Williams, by and through her counsel, Edward W. Swanson, on the one hand, and the United States, by and through its attorneys, Kevin V. Ryan, United States Attorney, and Michelle Morgan-Kelly, Assistant United States Attorney, on the other hand, hereby stipulate and agree as follows:

1. On February 23, 2006, the Court set a sentencing hearing in this matter for April 13, 2006. However, the probation interview with United States Probation Officer Sara Black took place on March 31, 2006. Ms. Black has advised defense counsel that she would need until at least mid-June 2006 to have sufficient time to complete the Presentence Report. To provide enough time for Ms. Black to complete the Presentence Report, the parties agree that the sentencing date should be continued.

\ \ \

\ \ \

\ \ \

\ \ \

1       2.     Taking into account the schedules of all concerned, the parties agree that the sentencing hearing should be continued until Thursday, July 20, 2006 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: April 10, 2006
                                            /s/
                                     Edward W. Swanson
                                     Swanson, McNamara & Haller LLP
                                     Counsel for Defendant

Dated:
                                     Michelle Morgan-Kelly
                                   Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:
                                   The Honorable Maria-Elena James
                                   United States Magistrate Judge

2. Taking into account the schedules of all concerned, the parties agree that the sentencing hearing should be continued until Thursday, July 20, 2006 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: April 10, 2006

/s/
Edward W. Swanson
Swanson, McNamara & Haller LLP
Counsel for Defendant

Dated: 4/10/06

Michelle Morgan-Kelly
Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 11, 2006

The Honorable Maria Elena James
United States Magistrate Judge