United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>OLANDRIA M. WILLIAMS,<br><br>  Defendant.<br>_____/ | No. CR-05-0783 MEJ<br><br>**SEALING ORDER PURSUANT TO GENERAL ORDER 54** |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

- ☒ Presentence Report
- ☐ Plea Agreement
- ☐ Statement of Reasons
- ☐ _____<br>  (Other)

**IT IS SO ORDERED.**

Dated: July 21, 2006

HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE